[Reset Form]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number  19-cr-71(A)-ODW
U.S.A. v.  Timothy Dalton Vaughn
[ ] Indictment   [✓] Information

Defendant Number  1
Year of Birth  1998
Investigative agency (FBI, DEA, etc.)  FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  4/17/2018

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [✓] Ventura
[ ] Orange   [✓] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other

Citation of Offense  18 USC §§ 2251A(a)(5)(B), (b)(2)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number: n/a

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): n/a

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: n/a
Case Number: n/a
Assigned Judge: n/a
Charging: n/a
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: n/a

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name:  Christy O'Connor
Phone Number:  213.894.4863

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No
This is the  1st  superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number

The superseded case:
[✓] is still pending before Judge/Magistrate Judge
Otis D. Wright
[ ] was previously dismissed on  n/a

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male    ☐ Female
☑ U.S. Citizen    ☐ Alien
Alias Name(s)   wantedbyfeds, Wanted, Hacker_R_US, HDGZero, Xavier Farbel

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud     ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☑ violent crimes/firearms        ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: n/a

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☑ Federal
b. Name of Institution:  San Bernardino County
c. If Federal, U.S. Marshals Service Registration Number: 34754-057
d. ☑ Solely on this charge. Date and time of arrest: 2/12/2019
e. On another conviction:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal   AND
   Name of Court: n/a
   Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20  _____ 21  _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: n/a

Date   11/12/2019

/s/ Julia S. Choe
Signature of Assistant U.S. Attorney
Julia S. Choe
Print Name